```
 1
 2                                    JS-6
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  JOEL ZUBAID,                 )   Case No. EDCV 09-358-VAP
                                 )   (MANx)
12            Plaintiff,         )
                                 )   JUDGMENT
13       v.                      )
                                 )
14  REO PROPERTIES               )
    CORPORATION (entity          )
15  unknown), et al.,            )
                                 )
16            Defendants.        )
                                 )
17  _____ )
18
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
19
         Pursuant to the Order filed herewith, IT IS ORDERED
20
    AND ADJUDGED that Plaintiff's Complaint is DISMISSED
21
    WITHOUT PREJUDICE.
22
23
         The Court orders that such judgment be entered.
24
25
26  Dated:  March 31, 2009       _____
                                       VIRGINIA A. PHILLIPS
27                                  United States District Judge
28
```